The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAKIS GROUP, LLC, a New York limited liability company, and GEORGE T SPYRIDAKIS, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>ZILLOW, INC., a Washington corporation d/b/a StreetEasy,<br><br>Defendant. | Case No. **2:25-cv-00270-JLR**<br><br>PARTIES' JOINT NOTICE OF SETTLEMENT AND MOTION FOR DISMISSAL |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs DAKIS GROUP, LLC, and GEORGE T. SPYRIDAKIS ("Plaintiffs") and Defendant ZILLOW, INC., ("Defendant"), collectively "Parties," have reached and circulated a settlement agreement to resolve the issues in the above-referenced case, which all parties have executed.

PLEASE TAKE FURTHER NOTICE THAT pursuant to Federal Rule of Civil Procedure 41, the Parties, by and through their counsel of record, submit this joint motion for dismissal of Plaintiffs' claims against Defendant with prejudice, subject to the Court retaining jurisdiction for the purpose of enforcing the terms of the Parties' settlement agreement.

PARTIES' JOINT NOTICE OF SETTLEMENT AND MOTION FOR DISMISSAL

WHEREAS, on February 11, 2025, Plaintiffs brought suit against Defendant in the United States District Court for the Western District of Washington, Case No. 2:25-cv-00270, seeking injunctive relief and monetary damages.

WHEREAS, Defendant has denied Plaintiff's claims.

WHEREAS, in order to avoid further delay, uncertainty, inconvenience, and expense of continued litigation of the disputed claims, and as a result to of a mutual desire to settle their disputes, the Parties have reached a full and final settlement agreement.

NOW, THEREFORE, pursuant to the mutual agreement of the Parties, the Parties respectfully request that the Court enter an order:

1. Dismissing with prejudice all claims asserted in Plaintiffs' Complaint (ECF No. 1), and dismissing this action without costs;

2. Retaining jurisdiction to enforce the terms of the Parties' settlement agreement.

Dated: May 13, 2025

**THE HARBOR LAW GROUP**

*/s/ Kira M. Rubel*
Kira M. Rubel, WSBA #51691
8811 Harborview Dr. Ste. B
Gig Harbor, WA 98332
Telephone: (253) 358-2215
Facsimile: (253) 358-2215
Email: kira@theharborlawgroup.com

**SCOTT D. OWENS, P.A.**
Scott D. Owens
2750 N. 29th Ave., Suite 209A
Hollywood, FL 33020
Telephone: (954) 589-0588
Facsimile: (954) 337-0666
Email: scott@scottdowens.com
Attorneys for Plaintiffs

PARTIES' JOINT NOTICE OF SETTLEMENT AND MOTION FOR DISMISSAL

**FENNEMORE CRAIG, P.C.**

*/s/ James P. Savitt*
James P. Savitt, WSBA #16847
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
Telephone: 206.749.0500
Email: jsavitt@fennemorelaw.com
Attorneys for Defendant

## II. ORDER

In light of the above-stipulation, **IT IS THEREFORE ORDERED AND ADJUDGED** that all claims asserted in Plaintiffs' Complaint, and this action, are hereby **DISMISSED WITH PREJUDICE** and without costs or fees to any party, however, the Court retains jurisdiction to enforce the terms of the settlement.

DATED this 14th day of May, 2025.

_____
The Hon. James L. Robart
United States District Judge

PARTIES' JOINT NOTICE OF SETTLEMENT AND MOTION FOR DISMISSAL